JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JASON C., | No. SA CV 24-00585-MCS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHELLE KING, Acting Commissioner of Social Security, | |
| Defendant.[1] | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

Date: February 18, 2025

_____
MARK C. SCARSI
United States District Judge

---

[1] Michelle King became Acting Commissioner of Social Security on January 20, 2025. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted for Martin J. O'Malley as Defendant in this suit.